# Court of Appeals
# of the State of Georgia

ATLANTA, April 24, 2012

*The Court of Appeals hereby passes the following order*

**A12D0336 MAID OF THE MIST CORPORATION et al v. WILLIAM M. WINDSOR, et al**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11GC8860



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, April 24, 2012.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*